IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

STUART PALMER

_____/

CASE NUMBER:

1:24CR26 AW/ML

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment filed against the Defendant,

**STUART PALMER,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 22nd day of October, 2024, at Gainesville, Florida.

_____
MIDORI A. LOWRY
UNITED STATES MAGISTRATE JUDGE