AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America
v.

STUAR T PALMER
*Defendant*

Case No. 1:24cr26 AW/ML

REC'D-USMS-GNV, FL
OCT 22 '24 PM 4:30

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STUART PALMER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud

Date: 10/22/2024

s/Midori Lowry
*Issuing officer's signature*

City and state: Gainesville, FL

Midori Lowry, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/24, and the person was arrested on *(date)* 11/18/24
at *(city and state)* Gainesville, FL.

Date: 11/18/24

Brett Heel
*Arresting officer's signature*

SA Brett Heel
*Printed name and title*