# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – INITIAL APPEARANCE

**Case #:** 1:24cr26 AW/ML          **Time Commenced:** 2:29 p.m.
**Date:** 11/18/2024                 **Time Concluded:** 2:36 p.m.

**DOCKET ENTRY: INITIAL APPEARANCE**

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2024 | David Byron | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**          **Attorneys for Defendant:**

**(1) STUART PALMER**                            **(1) DARREN JOHNSON, FPD**
__X__ present __X__ custody ___ bond ___ O/R     __X__ present __X__ appointed ___ retained ___ pro bono

- __x__ Government unseals Indictment/Information
- __x__ Defendant advised that he/she is before a U.S. Magistrate Judge
- __x__ Defendant advised of charges, penalties and fines
- __x__ Defendant advised of right to remain silent and consult with an attorney before making any statement
- __x__ Defendant advised of right to hire counsel or have counsel appointed
- __x__ Defendant executed a CJA Form 23 and swears that it is accurate
- __x__ Defendant questioned regarding financial status
- __x__ Federal Public Defender appointed
- ____ CJA attorney _____ appointed for defendant
- ____ Defendant financially able to employ counsel
- __x__ Government advised of Brady Disclosure Requirements
- ____ Defendant advised of right to a PRELIMINARY HEARING
- ____ Defendant waived Preliminary Hearing
- ____ Preliminary Hearing scheduled for: _____
- ____ Government does/ __X__ does not move for detention
- ____ Detention hearing waived without prejudice
- ____ Detention hearing set for _____ before Magistrate Judge Midori Lowry
- ____ Detention hearing held/ ____ to be set by separate notice
- ____ Bond set: $_____ unsecured bond
- ____ Defendant released on bond pending trial (see order setting conditions of release)
- ____ Defendant detained pending trial
- __x__ Arraignment held
- __x__ Trial set for: 1/8/2025 at 8:30 a.m. before the Honorable Allen Winsor

**Initials of Deputy Clerk:** atm