# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - ARRAIGNMENT

**Case #:** 1:24cr26 AW/ML        **Time Commenced:** 2:37 p.m.
**Date:** 11/18/2024             **Time Concluded:** 2:43 p.m.

## DOCKET ENTRY: ARRAIGNMENT

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2024 | David Byron | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

U.S.A. v. (Defendants listed below)        Attorneys for Defendant:

**(1) STUART PALMER**                       **(1) DARREN JOHNSON, FPD**
  X  present  X  custody ___ bond ___ O/R      X  present  X  appointed ___ retained ___ pro bono

## PROCEEDINGS:

- [x] Defendant is ARRAIGNED and specifically advised of his/her rights
- [x] Defendant provided a copy of Indictment
- [x] Defendant waives reading of Indictment
- [ ] Defendant files waiver of Indictment
- [x] Government unseals Indictment/Information        ___ **CASE REMAINS SEALED**
- [ ] Defendant surrenders passport
- [ ] Defendant requests discovery
- [ ] Defendant consents to Magistrate Judge
- [x] Government advised of Brady Disclosure Requirements

## PLEA
- [x] Not Guilty Count(s) 1-6
- [ ] Guilty Count(s) ___

**TRIAL SET FOR:** 1/8/2025 at 8:30 a.m. before the Honorable Allen Winsor

- [x] Defendant released on bond pending trial
- [ ] Defendant remanded to custody of USM pending trial/ ___ sentencing
- [ ] Detention hearing held
- [ ] Detention hearing set for _____ before Magistrate Judge Midori Lowry
- [ ] Court orders Pre-sentence Report

**SENTENCING set for:** _____ before the Honorable Allen Winsor

**Initials of Deputy Clerk:** atm