Start: 2:00 p.m.
Stop: 2:04 p.m.

### *UNITED STATES DISTRICT COURT*
**CRIMINAL MINUTES - GENERAL**

Case No: 1:24-cr-26-AW-MAL                          Date:   02/03/25

DOCKET   ENTRY:

## TELEPHONIC STATUS CONFERENCE

PRESENT:       Honorable ALLEN WINSOR, District Judge

| TiAnn Stark | Dawn Savino (USDC Official) | David Byron, Harley Ferguson |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| | |
|---|---|
| Probation Officer | Interpreter |

U.S.A   vs.  (DEFENDANT LISTED BELOW)          ATTORNEYS FOR DEFENDANT

STUART PALMER                                      DARREN JOHNSON

___ present ___custody _X__bond _X_O/R          _X_ present   _X__ appt  __retained

## PROCEEDINGS:

**2:00 p.m.**      **Court called to order**

Parties prepared to set case for change of plea

Clerk to set change of plea for 2/18/25

**2:04 p.m.**      **Court adjourned**